[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  June 28, 2021

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                          Case No. 6:19−bk−03262−KSJ
                                                                                                                 Chapter 11

Angels For Kids On Call 24/7, Inc.

_____Debtor*_____/

**ORDER GRANTING MOTION TO CONTINUE/RESCHEDULE HEARING**

   THIS CASE came on for consideration without a hearing of the **Motion to Continue/Reschedule Hearing** (Doc. **248** ), filed by **Intervenor Clara Piedra** .

   The Court having considered the record, the Motion to Continue/Reschedule Hearing is Granted .

   1. The trial currently scheduled on July 6, 2021 at 2:00 pm (Doc. Nos. 206 and 222) is RESCHEDULED to September 7, 2021 at 2:00 pm.

   2. The US Trustee's Motion to Dismiss (Doc #197) currently scheduled on July 6, 2021 at 2:00 pm is RESCHEDULED to July 6, 2021 at 10:30 am.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.