

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/06/2021 10:30 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:19-bk-03262-KSJ** | **11** | **05/16/2019** |

**Chapter 11**

**DEBTOR:**         Angels For Kids On Call 24/7, Inc.

**DEBTOR ATTY:**   Andrew McBride

**TRUSTEE:**       NA

**HEARING:**

(ZOOM) Cont. Post Confirmation Status Conference
1) US Trustee's Motion to Dismiss Case or Convert Case to Chapter 7 Pursuant to 11 U.S.C. Sec. 1112(b) (Doc #197) (if payment not received by 6/25/21, case dismissed and hearing cancelled)
Debtor's Notice of payment of quarterly fees (Doc #251)
Note: cont. 6/4/19; 8/7/19; 10/2/19, 11/13/19; 1/15/20; 3/25/20; 4/20/20; 7/29/20; 10/14/20; 1/26/21; 5/4/21; 5/19/21
341 concluded 6/24/19
Case Management Summary (Doc #13)
Financial Reports for the Period January 1 - March 31, 2021 (Doc #235)
Debtor to be current on US Trustee fees by June 25, 2021
Future Hearings: 9/7/21 2:00 pm
TRIAL MOVED TO 9/7/21 AT 2:00 PM:
* Debtor's Motion to Disgorge Accounting Fees of Orlando Piedra, CPA and OCP Financial Corp (Doc #206)
Response by Clara Piedra to Motion to Disgorge Accounting Fees of Orlando Piedra, CPA and OCP Financial Corp (Doc #222)
.

**APPEARANCES:**: Aldo Bartolone (Debtor Atty);

**RULING:**
(ZOOM) Cont. Post Confirmation Status Conference


1) US Trustee's Motion to Dismiss Case or Convert Case to Chapter 7 Pursuant to 11 U.S.C. Sec. 1112(b)   (Doc #197) (if payment not received by 6/25/21, case dismissed and hearing cancelled) - Denied:Order by Court; (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.